United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOURTH DIMENSION SOFTWARE,

   Plaintiff,

 v.

DER TOURISTIK DEUTSCHLAND GMBH,

   Defendant.

Case No.  19-cv-05561-CRB   (AGT)

**ORDER DENYING STIPULATED PROTECTIVE ORDER**

Re: Dkt. No. 57

Before the Court is the parties' stipulated proposed protective order.  ECF No. 57.  The parties did not comply with Section VII.C of the undersigned's Civil Standing Order, available at https://www.cand.uscourts.gov/judges/tse-alex-g-agt/.  The stipulation is therefore denied.

**IT IS SO ORDERED.**

Dated: June 3, 2021

ALEX G. TSE
United States Magistrate Judge