UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH DIMENSION SOFTWARE,<br><br>  Plaintiff,<br><br>  v.<br><br>DER TOURISTIK DEUTSCHLAND GMBH,<br><br>  Defendant. | Case No. 19-cv-05561-CRB  (AGT)<br><br>**ORDER REQUESTING *IN CAMERA* SUBMISSION OF DOCUMENT WITHHELD AS PRIVILEGED**<br><br>Re: Dkt. No. 61 |

Having reviewed the parties' joint discovery letter at Dkt. 61, the undersigned orders plaintiff to submit the disputed document for *in camera* review, via email to agtsettlement@cand.uscourts.gov, by **June 30, 2021**. Plaintiff must simultaneously file a notice of the *in camera* submission on the docket.

**IT IS SO ORDERED.**

Dated: June 25, 2021

ALEX G. TSE
United States Magistrate Judge